IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ISAAC MARK RAMIREZ,**

      Petitioner,

v.                                             No. 14-cv-0230 WJ/SMV

**JAMES JANECKA and
ATTORNEY GENERAL OF THE STATE
OF NEW MEXICO,**

      Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner has submitted a petition for a writ of habeas corpus. The Court determines that the document(s) is/are deficient as described in this Order. Petitioner is directed to cure the following if he/she wishes to pursue his/her claims:

**I. Filing Fee**.

    ____    No filing fee ($5.00 habeas corpus) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to § 1915:**

(1) ____ is not filed
(2) ____ is missing affidavit
(3) _X_ is missing required financial information
(4) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5) ____ is missing an original signature by the prisoner
(6) ____ names in caption do not match names in caption of complaint, petition or habeas application
(7) ____ An original and a copy have not been received by the Court. Only an original has been received.
(8) ____ other: _____

**III. Petition or Application**:

(1) ____ is missing
(2) ____ is not on proper form

(3) \_\_\_\_   is missing an original signature by the prisoner
(4) \_\_\_\_   is missing page nos. \_\_\_\_
(5) \_\_\_\_   uses et al. instead of listing all defendants/respondents
(6) \_\_\_\_   An original and a copy have not been received by the Court.   Only an original has been received.
(7) \_\_\_\_   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_\_\_   names in caption do not match names in text
(9) \_\_\_\_   other: _____

Failure to cure the designated deficiencies **within thirty (30) days** from the date of this order may result in dismissal of the petition without prejudice without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above **within thirty (30) days** from the date of this order.   Any papers that Petitioner files in response to this order must include the civil action number (14-cv-0230 WJ/SMV) of this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail to Petitioner, together with a copy of this order, the following forms: 2 copies of a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**