IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC MARK RAMIREZ,

    Petitioner,

v.                                                     No. 14-cv-0230 WJ/SMV

JAMES JANECKA, et al.,

    Respondents.

## ORDER

THIS MATTER is before the Court on Petitioner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2], and the Court being fully advised;

**IT IS HEREBY ORDERED** that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**