# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ISAAC MARK RAMIREZ,**

     **Petitioner,**

**v.**                       **No. 14-cv-0230 WJ/SMV**

**JAMES JANECKA and**
**ATTORNEY GENERAL OF**
**THE STATE OF NEW MEXICO,**

     **Respondents.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 14] ("PF&RD"), issued on October 31, 2014. On reference by the undersigned, [Doc. 3], the Honorable Stephan M. Vidmar, United States Magistrate Judge, identified three claims in Petitioner Isaac Mark Ramirez's Motion under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. 1]. PF&RD [Doc. 14] at 4. Judge Vidmar found that all three claims were without merit. *See generally id.* at 4–15. Accordingly, Judge Vidmar recommended that the Court deny the petition and dismiss the action with prejudice. *Id.* at 15. No party has filed objections to the PF&RD, and the time for objecting has passed.

     **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 14] are **ADOPTED**.

**IT IS FURTHER ORDERED** that the Petitioner's Motion under 28 U.S.C. § 2254 for

Writ of Habeas Corpus by a Person in State Custody [Doc. 1] is **DENIED** and that this action is

**DISMISSED with prejudice**.

**IT IS SO ORDERED.**

_____
**United States District Judge**